IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SELMA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>WINN-DIXIE STORES, INC.,<br><br>    Defendant. | CIVIL ACTION NO._____<br>C O M P L A I N T<br><br>JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act of 1967, as amended 2 U.S.C. §§ 621, *et seq.*, ("the ADEA") to correct unlawful employment practices on the basis of age and to provide appropriate relief to Clyde Bradberry ("Bradberry" or "Charging Party") who was adversely affected by such practices. The Commission alleges that Defendant discriminated against Bradberry, then age 50, when it refused to promote him to a vacant Center Store Manager position at Store #543 in Selma, Alabama.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

2.      The employment practices alleged to be unlawful herein were committed within the jurisdiction of the United States District Court for the Southern District of Alabama.

## PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4.      At all relevant times, Defendant, Winn-Dixie Stores, Inc., (the "Employer"), has continuously been a Florida corporation doing business in the State of Alabama and in the city of Selma, and has continuously had at least 20 employees.

5.      At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

## CONCILIATION

6.      Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

7.      The effect of the practices complained of herein has been to deprive Bradberry of equal employment opportunity.

## STATEMENT OF CLAIMS

9. On or about June 2, 2007, the Defendant Employer engaged in unlawful employment practices at its Selma, Alabama facility in violation of the ADEA, 29 U.S.C. § 623(a) by refusing to promote Bradberry to the vacant Center Store Manager position at Store #543 in Selma, Alabama.

10. In or around early May, 2007, Winn Dixie posted a position for a Center Store Manager at Store #543 in Selma, Alabama; the position closed on June 2, 2007.

11. Prior to the posted closing date, Bradberry applied for the position of Center Store Manager at Store #543.

12. After the position closed on June 2, 2007, Defendant offered the position to Bradberry, and instructed him on the date he would start training.

13. Shortly after the position closed and after offering the position to Bradberry, Defendant accepted an application for the Center Store Manager position at Store #543 from a 24-year-old former employee.

14. Defendant then re-interviewed Bradberry and interviewed the 24-year-old applicant. Shortly thereafter, Respondent hired the 24-year-old into the position.

15. The applicant selected was less qualified than Bradberry, who had worked in several management positions for Defendant, including as Store #543's Produce Manager for the prior six years.

16. The effect of the practices complained of above has been to deprive Clyde Bradberry of equal employment opportunities and to otherwise adversely affect his status as an employee because of his age, 50.

17. The unlawful employment practices complained of above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in unlawful employment practices on the basis of age.

B. Order Defendant Employer to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

C. Grant a judgment requiring Defendant Employer to pay appropriate back wages in an amount to be determined at trial, an equal sum as liquidated damages, and prejudgment interest to Clyde Bradberry.

D. Order Defendant Employer to make whole Clyde Bradberry, who was adversely affected by the unlawful practices described above, by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to rightful place promotion. Alternatively, Order Defendant Employer to make whole Clyde Bradberry, who was adversely affected by the unlawful practices described above, by providing appropriate front pay.

E. Grant such further relief as the Court deems necessary and proper in the public interest.

F. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

RESPECTFULLY SUBMITTED,

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel
Equal Employment Opportunity Commission
131 M Street Northeast
Fourth Floor
Washington, DC 20507

_____
MARSHA L. RUCKER
Senior Trial Attorney
Pa. Bar No. 90041

C. EMANUEL SMITH
REGIONAL ATTORNEY
MS Bar No. 7473


JULIE BEAN
Supervisory Trial Attorney
DC Bar No. 433292

Equal Employment Opportunity Commission
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL  35205
(205) 212-2067