# EXHIBIT 15



July 16, 2009

To whom it may concern,

**Jason Godwin**, Social Security Number ▮▮▮▮▮▮▮▮▮ is employed by Winn Dixie Stores, Inc., effective April 11, 1999 to current. Mr. Godwin held the following positions:

**Date of Hire:** April 11, 1999     **Position:** Office Cashier
**Date of Action:** December 19, 2002     Grocery Stock
            July 3, 2003     Junior Assistant Manager
            April 1, 2004     Assistant Manager
            July 6, 2006     Produce Associate
            October 8, 2006     Termination
            July 26, 2007 (Re-hire)     Center Store Manager
            June 10, 2006     **Action:** Location transfer store#543 to #520
            July 6, 2006     Full to Part time change

If you have any questions, please call the toll-free Winn-Dixie HR Central Services line at 1.866.206.9466.

Sincerely,

*J. Whiteside*
JaNyce Whiteside
HRCS Record Custodian
**866.206.9466**
904.370.6766 (Fax)

**Winn✓Dixie**
Getting better all the time.

Winn-Dixie Stores, Inc.
Corporate Headquarters
5050 Edgewood Court
P.O. Box B
Jacksonville, Florida
32203-0297

**EEOC vs. Winn-Dixie
D00253**

```
Location   :  520     - SELMA        ,AL           Date Printed: 06/30/2006
Department:    0      - Retail Location            Time Printed: 10:05:47

RI141          ASSOCIATE TRANSFER / RATE CHANGE         LOCATION -  520

EFFECTIVE DATE - 07/06/2006
                                                        JUL 0 6 2006  hts
BADGE - 01244  SSN - [REDACTED]     JASON        R GODWIN
                                                        HR Central Svcs
JOB CLASS - 10002   DESCRIPTION - ASSISTANT STORE MANAGER
===============================================================================
TRANSFER TO|   LOCATION - 0520   ASSIGNED BUDDY -  Jerry Houston
-----------
JOB CLASS - 10064   DESCRIPTION - PRODUCE ASSOCIATE P/T
===============================================================================
RATE CHANGE|
-----------         CURRENT           NEW
HOURLY RATE -        13.33            9.05

REASON FOR TRANSFER/RATE CHANGE - JASON DECIDED TO TAKE ANOTHER JOB AND STEP
DOWN FROM MGT.
```

CONFIDENTIAL

EEOC vs. Winn-Dixie
D00436

ROI Job Data Changes Staging   *Jason Goodwin*   Page 1 of 1

*MTB-HRly*
*9/22/H*

Home > Administer Workforce > Administer Workforce (GBL) > Use > ROI Job Change Edit  New Window

## ROI Job Change

| | | | |
|---|---|---|---|
| SSN: ▇▇▇▇▇ | Txn Dt: 07/01/2003 | Eff Date: 07/03/2003 | Status: On-Hold |
| EmplID: 00000097224 | From Location: 0543 | To Location: 0543 | OprID: |

**Current Job**

| Eff Date: | 07/03/2003 |
| Job Code: | 000490  Grocery Stock Assoc - F/T |
| DeptID: | 0001  Retail - Grocery |
| Empl Type: | Hourly |
| Full/Part: | Full-Time |
| Comp Freq: | Hourly   Rate:   9.250000 |

**New Data**

| Job Code: | 000489  Jr. Assistant Manager |
| DeptID: | 0063  Location Management |
| Empl Type: | Hourly   Comp Freq: Hourly |
| Full/Part: | Full Time |
| Act/Rsn: | DTA  ROI   ROI |
| Hourly Rt: | 10.050000   Job Chg Cmnts |

**Scroll Area**   View All   First 1-

-Error Msgs:
- N9   Manager job codes for Job Data change need approval
- 25   No position found that matches for Job Data change. Please contact the HRMS Help Desk

(Save) (Return to Search) (Next in List) (Previous in List)

RECEIVED
JUL 22 2003
IMAGING DEPT

CONFIDENTIAL

EEOC vs. Winn-Dixie
D00444

```
Location  :  543        - SELMA , AL                    Date Printed: 07/01/2003
Department:   0         - Retail Location               Time Printed: 101616::

RI141              ASSOCIATE TRANSFER / RATE CHANGE            LOCATION -  543

EFFECTIVE DATE - 07/03/2003

BADGE - 01082  SSN - [REDACTED]        JASON          R GODWIN

JOB CLASS - 10004  DESCRIPTION - GROCERY STOCK ASSOCIATE F/T
=================================================================================
TRANSFER TO|   LOCATION - 0543  ASSIGNED BUDDY -   anthony black
-----------
JOB CLASS - 10003  DESCRIPTION - 2ND ASSISTANT STORE MANAGER
=================================================================================
RATE CHANGE|
-----------        OLD          NEW
HOURLY RATE -      9.25         10.05

REASON FOR TRANSFER/RATE CHANGE - FILL VACNACY THROUGH JOB POSTING
```

Received JUL 07 2003 Records Maint.
Received JUL [..] Recc

RECEIVED
JUL 09 2003
IMAGING DEPT.



CONFIDENTIAL

EEOC vs. Winn-Dixie

**D00445**