# EXHIBIT 18



PLAINTIFF'S EXHIBIT 6

# Winn-Dixie Stores, Inc.
# Job Description

| | | | |
|---|---|---|---|
| **Job Title:** | Center Store Manager | **PT/FT:** | Full-time |
| **Department:** | Retail Store Operations | **Job Code:** | |
| **Reports To:** | Store Director | **Grade:** | E48 |
| **FLSA Status:** | Executive Exemption | **EEO Job Category:** | First/Mid-Level Ofc & Mgr (1.2) |

### Job Purpose:
- To increase customer confidence and loyalty to the Center Store by promoting consistent operating conditions, courteous and prompt service, and a friendly atmosphere.
- To effectively lead, manage and develop overall store operations and Associates to execute best practices and maximize sales and profitability.
- To create a strong department and store bench by identifying and developing individuals' skills and abilities.

### Job Standards:
Job standards are Key Performance Indicators determined by the company, including but not limited to, sales, gross profit including shrink, expenses, including labor and supply management, service, compliance, training, recruiting, retention, and promotion practices. The Center Store Manager should operate in alignment with the company and store vision and practices and are expected to exhibit and endorse a strong sense of integrity and urgency in all practices.

### Initial Minimum Qualifications:
1. Ability to read, write and speak English adequately.
2. Ability to understand and follow English instructions.
3. Complete training in Center Store.
4. Must be 18 years of age.
5. Must be able to comply with scheduling guidelines.
6. High school diploma or equivalent preferred.
7. Successful completion of pre-employment drug test.
8. Authorization to work in the United States or the ability to obtain the same.

### Desired Qualifications:
1. Proficient with computer and computer programs used in running the department.
2. Demonstrated self-motivation and successful experiences in previous jobs.
3. Strong customer service skills.
4. Exceptional interpersonal, motivational and communication skills.
5. High standard of integrity and reliability.

### Primary (Essential) Job Functions: (This list is not exhaustive and may be supplemented as necessary by the company.)
**Management:**
1. Execute the company vision and expectations through example, management, and measurement of department Associate performance.
2. Manage the inventory, in-stock position, pricing integrity, merchandising, labor, addition and deletion of product assortment and other operational processes to company standards.
3. Recruit, develop, and retain a strong workforce.
4. Manage, support, and develop the four (4) direct reports (Grocery, Dairy and Frozen Food, General Merchandise, Wine).
5. Supervise and coach direct reports, which includes the ability to hire and fire.
6. Coordinate, plan and order seasonal and non-seasonal merchandise as it relates to advertised events and time of season.
7. Ensure shelf conditions and plan-o-gram integrity by monitoring new and discontinued items, and distribution voids according to company policy.

EEOC/Winn Dixie, Inc.
Initial Disclosure Documents   P 0065

# Winn-Dixie Stores, Inc.
# Job Description

**Customer Service:**
8. Demonstrate and role model exceptional customer service exceeding customer expectations.
9. Resolve customer complaints to the full satisfaction of the customer.
10. Promote the company image as a service oriented supermarket operation where every associate will greet, assist, render efficient service and thank customers in a prompt, courteous, friendly and business like manner.
11. Develop and maintain a positive image in the community by participating and partnering in community events.

**Evaluation/Assessment:**
12. Evaluate the Center Store Departments' conditions and operations to determine strengths and areas for improvement. Reinforce strengths and develop strategy to implement improved practices and functions.
13. Evaluate the four direct reports to determine areas that require additional training.

**Train/Coach:**
14. Train and coach Associates on all KPI's, product processing, customer service, product knowledge, suggestive selling, safety and sanitation.
15. Make Associates aware of the effect of market area conditions and seasonal variations on Center Store department's product and sales.
16. Ensure training and development of associates within policy and procedure on a consistent and timely basis.

**Compliance:**
17. Ensure Associate safety through planning, training, knowledge, and awareness.
18. Ensure all wage and hour policies, child labor laws, and regulations are adhered to.
19. Ensure that grocery operations are consistent with all aspects of federal, state and company health, safety and sanitation codes.
20. Ensure all policies and programs are communicated and carried out in a positive and timely manner.

**Communication:**
21. Communicate department goals and policies clearly, maintaining open communication channels for ideas, suggestions and feedback.
22. Effectively communicate with customers, co-workers, vendors, suppliers, and regulatory agencies.

**Knowledge Expertise:**
23. Demonstrate a thorough and continually updated knowledge of the Center Store Department in order to execute better Center Store operations.
24. Prevent issues and recognize trends in performance to determine ways to improve training techniques.
25. Follow through on new programs and policies and stay current with changes in policies and procedures.

**Secondary Job Functions:** *(This list is not exhaustive and may be supplemented as necessary by the company.)*
1. Deal fairly and honestly with customers, vendors and sales representatives.
2. Elicit associate suggestions and be open to new ideas.
3. Continually develop an awareness of ongoing industry and trade trends.
4. Perform other job-related duties assigned by management.

# Winn-Dixie Stores, Inc.
# Job Description

**Physical Demands (Per Work Day):**
Never        (N) 0%
Occasionally (O) 1-33%
Frequently   (F) 34-66%
Continuously (C) 67-100%

1. Standing:    C  Surface Type: Tile/Concrete/Carpet
2. Walking:     F  Surface Type: Tile/Concrete/Carpet
3. Sitting:     O
4. Carrying:    F  Up To 125 Lbs.
5. Pushing:     F  Up To 2500 Lbs.
6. Lifting:     F  Up To 125 Lbs.
7. Pulling:     O  Up To 2500 Lbs.
8. Climbing:    O  Height: 8 Ft
9. Balancing:   F
10. Stooping:   F
11. Kneeling:   F
12. Crouching:  F
13. Handling:   F
14. Fingering:  F
15. Feeling:    F
16. Crawling:   F
17. Reaching:   C  Level: Waist/Overhead
18. Talking:    F
19. Seeing:     C
20. Hearing:    C
21. Smelling:   O

**Repetitive Action:**
Continuous movement of both hands and feet.

**Job Location (Place Where Work Is Performed):**
Retail Grocery Location

**Working Conditions (Environment Involved Is):**
X Inside   X Outside   X Cold   X Heat   X Wet/Humidity

**Safety Risk Factors:**
Never        (N) 0%
Occasionally (O) 1-33%
Frequently   (F) 34-66%
Continuously (C) 67-100%

1. O  Loud Noise
2. F  Twisting Of Back And Neck
3. O  Slippery Floor Surface
4. O  Cluttered Floor Surface
5. F  Hazardous Equipment (Mechanical Moving Parts)
6. O  Contact With Sharp Objects
7. O  Contact With Skin Irritant
8. O  Toxic Exposure (See Material Safety Data Sheet)
9. O  Nuisance Dust, Fumes, Sprays
10. O Hazardous Cleaning Solutions

# Winn-Dixie Stores, Inc.
# Job Description

**Schedules:**
X Varied   X Day   X Evenings   X Weekends   X Holidays

**Machines, Tools, Equipment, Etc.:**
Computer and electronic hardware and software, safe, checkout terminals, public address system, ordering equipment, all departments equipment as necessary.

*Revised 08.06*