# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | |
| Plaintiff, | : | |
| vs. | : | CA 09-0643-C |
| WINN-DIXIE MONTGOMERY, LLC | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the defendant's motion for summary judgment (doc. 66) be **GRANTED** in its entirety and that plaintiff's complaint (doc. 1), as amended (doc. 25), be **DISMISSED WITH PREJUDICE**.

**DONE** this the 12th day of January, 2011.

s/ WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**